# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Brian Alvin Mensing, | ) | COURT MINUTES – CIVIL<br>BEFORE: HILDY BOWBEER<br>U.S. MAGISTRATE JUDGE |
| Plaintiff, | ) | |
| | ) | Case No: 19-cv-2283 (MJD/HB) |
| v. | ) | Date: May 26, 2020 |
| | ) | Courthouse: Saint Paul |
| Jacob Price, acting in his individual capacity | ) | Courtroom: ZOOM video technology |
| as an officer of the Mankato Police | ) | Recording: None |
| Department, and the City of Mankato, | ) | Time Commenced: 9:00 AM |
| | ) | Time Concluded: 1:48 PM |
| Defendants. | ) | Time in Court: 4 Hours & 48 Minutes |

Hearing on: **SETTLEMENT CONFERENCE**

## APPEARANCES:

Plaintiff: Robert Bennett, Marc Betinsky

Defendant: Patrick Collins

## PROCEEDINGS:

☐ Settlement reached. Terms stated on the record.

☒ No settlement reached.

**Other Remarks:**

Plaintiff Brian Mensing participated. Defendant Jacob Price, Amy Vokal (Mankato Director of Public Safety), Patrick Hentges (Mankato City Manager), and Derrick Schluck (League of Minnesota Cities Insurance Trust) participated on behalf of the Defendants.

s/ *Judith M. Kirby*
Courtroom Deputy