# UNITED STATES DISTRICT COURT
## District of Minnesota

Brian Alvin Mensing

Plaintiff,

v.

Jacob Price, acting in his individual capacity as an officer of the Mankato Police Department; and the City of Mankato,

Defendants.

## JUDGMENT IN A CIVIL CASE

Case Number: 19-cv-2283-MJD-HB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

This action is **DISMISSED WITH PREJUDICE**, without costs or fees to any party.

Date: July 6, 2020

KATE M. FOGARTY, CLERK

s/Lynnette Brennan
(By) Lynnette Brennan, Deputy Clerk